IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CHRISTOPHER L. DECOTEAU, | ) | 4:14CV3165 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| ROBERT HOUSTON, MICHAEL KINNEY, Director, RANDY KOHL, Medical Director, DIANE SABAKA RHINE, Warden, CHRISTINE FERGUSON, Doctor, and CHARLES LOREN, Eye Clinic, | ) ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on Plaintiff's "Motion for Order" (Filing No. 8). Plaintiff seeks an order compelling the Nebraska Department of Correctional Services ("NDCS") to "release $350.00 from Plaintiff's confiscated cash account, and apply it towards the $350.00 filing fee for/to this case." (Filing No. 8.) Even assuming this court has the authority to order the NDCS to remit Plaintiff's confiscated funds, Plaintiff has not set forth any compelling reason why his confiscated funds (rather than his available funds) should be used to pay his filing fee in this action.

IT IS THEREFORE ORDERED that: Plaintiff's "Motion for Order" (Filing No. 8) is denied.

DATED this 29th day of August, 2014.

BY THE COURT:

*s/ John M. Gerrard*
United States District Judge

---

*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.