IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CHRISTOPHER L. DECOTEAU, | ) | 4:14CV3165 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| ROBERT HOUSTON, MICHAEL KENNEY, Director, RANDY KOHL, Medical Director, DIANE SABAKA RHINE, Warden, CHRISTINA FERGUSON, Doctor, and CHARLES COREN, Eye Clinic, | ) ) ) ) ) ) ) | |
| Defendants. | ) | |

    This matter is before the court on correspondence from Plaintiff seeking information about service of process in this matter. The court is required to review in forma pauperis complaints to determine whether summary dismissal is appropriate. *See* 28 U.S.C. § 1915(e)(2). The court must dismiss a complaint or any portion thereof that states a frivolous or malicious claim, that fails to state a claim upon which relief may be granted, or that seeks monetary relief from a defendant who is immune from such relief. 28 U.S.C. § 1915(e)(2)(B).

    The court has not conducted an initial review of Plaintiff's Complaint, and this matter may not proceed to service until it does so. If the court determines Plaintiff's Complaint may proceed to service, it will send summons forms to Plaintiff and also extend the time in which Plaintiff has to serve Defendants with process. ***The court will complete its initial review in its normal course of business***.

IT IS THEREFORE ORDERED that: In light of the foregoing, the clerk's office is directed to term the motion event found at Filing No. 16.

DATED this 24th day of September, 2014.

BY THE COURT:

*s/ John M. Gerrard*
United States District Judge

---

\*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.