IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CHRISTOPHER L. DECOTEAU, | )<br>) |
| Plaintiff, | )    4:14CV3165<br>) |
| V. | )<br>) |
| ROBERT HOUSTON, In his official capacity only, MICHAEL KENNEY, Director, In their individual and official capacities, RANDY KOHL, Medical Director, In their individual and official capacities, DIANE SABAKA RHINE, Warden, In their individual and official capacities, CHRISTINA FERGUSON, Doctor, In their individual and official capacities, CHARLES COREN, Eye Clinic, In their individual and official capacities, and KHRYSTYNA DORITY, In their individual and official capacities, | )    **MEMORANDUM**<br>)    **AND ORDER**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | ) |

This matter is before the court on Defendants' Motion for Stay of Proceedings. (Filing No. 67.) Defendants request that all case progression deadlines in this case be stayed until thirty days after the court rules on Defendants' Motion for Summary Judgment, which was filed on June 10, 2016. (Filing No. 60.)

In the interest of judicial economy,

IT IS ORDERED as follows:

    1.    Defendants' Motion for Stay of Proceedings (Filing No. 67) is granted.

2. All deadlines in this case are hereby stayed. An amended progression order will be entered, if necessary, following a ruling on Defendants' pending Motion for Summary Judgment.

3. The pretrial conference set to take place before Magistrate Judge Zwart on August 11, 2016, is cancelled.

DATED this 1st day of July, 2016.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge